# UNITED STATES DISTRICT COURT

_Eastern_ District of _Massachusetts_

Eduardo Lopez
    Plaintiff

v

Michael T. Maloney
    Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, _Eduardo Lopez_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Souza Baranowski Corr. Ctr._

   Are you employed at the institution? _No_   Do you receive any payment from the _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   _N/A_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _April / 2001    *2f@ per month in the past._

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

→ Family only  # 50. 00

See attached sheet DOC Treasury.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Eduardo Lopez -v- Michael T. Maloney et al

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                                    YES      (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                                    YES      (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                    YES      (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO 28 USC §2284?
                                                                    YES      (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                                    (YES)     NO

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       EASTERN DIVISION        (CENTRAL DIVISION)       WESTERN DIVISION

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION         CENTRAL DIVISION        WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Eduardo Lopez
ADDRESS  P.O. Box ____ Shirley, MA 0146_
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040120 09:25

| Commit# | : | T23946 | SOUZA-BARANOWSKI CORRECTIONAL | Page : 4 |
| Name | : | LOPEZ, EDUARDO, , | Statement From 20020101 | |
| Inst | : | SOUZA-BARANOWSKI CORRECTIONAL | To 20040120 | |
| Block | : | K2 | | |
| Cell/Bed | : | 47 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | Disbursement | | | | | | | | |
| 20030610 16:21 | IS - Interest | 1224521 | | SBCC | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20030613 22:30 | CN - Canteen | 1261351 | | SBCC | ~Canteen Date : 200306 | $0.00 | $23.82 | $0.00 | $0.00 |
| 20030617 09:18 | ML - Mail | 1267159 | | SBCC | ~JUANA LOPEZ | $60.00 | $0.00 | $0.00 | $0.00 |
| 20030617 11:08 | EX - External Disbursement | 1267950 | 16683 | SBCC | ~BOOK~ED FARON | $0.00 | $54.00 | $0.00 | $0.00 |
| 20030619 09:54 | ML - Mail | 1283840 | | SBCC | ~Carmen, 15 Howard St, Nashua | $80.00 | $0.00 | $0.00 | $0.00 |
| 20030620 22:30 | CN - Canteen | 1290500 | | SBCC | ~Canteen Date : 200306 | $0.00 | $25.51 | $0.00 | $0.00 |
| 20030624 14:56 | IC - Transfer from Inmate to Club A/c | 1297452 | | SBCC | ~photo for 7/4~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20030627 22:30 | CN - Canteen | 1319583 | | SBCC | ~Canteen Date : 200306 | $0.00 | $27.09 | $0.00 | $0.00 |
| 20030703 22:30 | CN - Canteen | 1342435 | | SBCC | ~Canteen Date : 200307 | $0.00 | $31.03 | $0.00 | $0.00 |
| 20030708 09:55 | EX - External Disbursement | 1351201 | 16884 | SBCC | ~BOOK~JOHN A. KOERNER | $0.00 | $50.00 | $0.00 | $0.00 |
| 20030709 09:56 | ML - Mail | 1356128 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:10 | IS - Interest | 1358382 | | SBCC | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20030711 22:30 | CN - Canteen | 1390547 | | SBCC | ~Canteen Date : 200307 | $0.00 | $16.21 | $0.00 | $0.00 |
| 20030718 09:21 | ML - Mail | 1417731 | | SBCC | ~AARON LOPEZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030718 22:30 | CN - Canteen | 1420392 | | SBCC | ~Canteen Date : 200307 | $0.00 | $21.92 | $0.00 | $0.00 |
| 20030722 09:19 | EX - External Disbursement | 1425166 | 17057 | SBCC | ~BOOK~PITBULL STUFF | $0.00 | $63.94 | $0.00 | $0.00 |
| 20030722 09:59 | ML - Mail | 1425556 | | SBCC | ~AARON LOPEZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030723 08:58 | EX - External Disbursement | 1430170 | 17073 | SBCC | ~MAG.~AMERICAN PITBULL GAZETTE | $0.00 | $35.00 | $0.00 | $0.00 |
| 20030725 22:30 | CN - Canteen | 1448954 | | SBCC | ~Canteen Date : 200307 | $0.00 | $20.46 | $0.00 | $0.00 |
| 20030801 22:30 | CN - Canteen | 1476257 | | SBCC | ~Canteen Date : 200308 | $0.00 | $19.86 | $0.00 | $0.00 |
| 20030807 15:29 | IS - Interest | 1501260 | | SBCC | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20030808 22:30 | CN - Canteen | 1521393 | | SBCC | ~Canteen Date : 200308 | $0.00 | $19.37 | $0.00 | $0.00 |
| 20030815 22:30 | CN - Canteen | 1550331 | | SBCC | ~Canteen Date : 200308 | $0.00 | $15.91 | $0.00 | $0.00 |
| 20030819 07:52 | ML - Mail | 1554963 | | SBCC | ~Carmen, 15 Hanover St Nashua | $80.00 | $0.00 | $0.00 | $0.00 |
| 20030821 16:43 | CI - Transfer from Club to Inmate A/c | 1573447 | | SBCC | ~Cntn rfnd~T23946 LOPEZ,EDUARDO PERSONAL~KCN WASH ACCOUNT - 25 | $1.26 | $0.00 | $0.00 | $0.00 |
| 20030822 22:30 | CN - Canteen | 1579175 | | SBCC | ~Canteen Date : 200308 | $0.00 | $20.93 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040120 09:25

| | | | | |
|---|---|---|---|---|
| Commit# : | T23946 | SOUZA-BARANOWSKI CORRECTIONAL | | Page :5 |
| Name : | LOPEZ, EDUARDO, , | Statement From 20020101 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To 20040120 | | |
| Block : | K2 | | | |
| Cell/Bed : | 47 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030829 22:30 | CN - Canteen | 1607191 | | SBCC | ~Canteen Date : 200308 | $0.00 | $10.73 | $0.00 | $0.00 |
| 20030904 16:44 | CT - Transfer from Club to Inmate A/c | 1625889 | | SBCC | ~baseball championship winner~T23946 LOPEZ,EDUARDO PERSONAL-INMATE BENEFT - Z1 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030906 22:30 | CN - Canteen | 1631317 | | SBCC | ~Canteen Date : 200309 | $0.00 | $45.27 | $0.00 | $0.00 |
| 20030910 07:51 | IS - Interest | 1644467 | | SBCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20030915 08:43 | CN - Canteen | 1677924 | | SBCC | ~Canteen Date : 200309 | $0.00 | $30.78 | $0.00 | $0.00 |
| 20030922 08:38 | ML - Mail | 1709070 | | SBCC | ~CARMEN AGUIRE | $100.00 | $0.00 | $0.00 | $0.00 |
| 20030926 22:30 | CN - Canteen | 1737049 | | SBCC | ~Canteen Date : 200309 | $0.00 | $25.26 | $0.00 | $0.00 |
| 20031003 22:30 | CN - Canteen | 1765095 | | SBCC | ~Canteen Date : 200310 | $0.00 | $32.67 | $0.00 | $0.00 |
| 20031008 16:55 | IS - Interest | 1779933 | | SBCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20031010 22:30 | CN - Canteen | 1811109 | | SBCC | ~Canteen Date : 200310 | $0.00 | $21.79 | $0.00 | $0.00 |
| 20031015 09:37 | EX - External Disbursement | 1818395 | 18117 | SBCC | ~BOOK-EDWARD R. HAMILT | $0.00 | $7.95 | $0.00 | $0.00 |
| 20031017 22:30 | CN - Canteen | 1838575 | | SBCC | ~Canteen Date : 200310 | $0.00 | $12.36 | $0.00 | $0.00 |
| 20031021 09:02 | ML - Mail | 1843450 | | SBCC | ~15 HANOVER ST | $80.00 | $0.00 | $0.00 | $0.00 |
| 20031021 10:41 | EX - External Disbursement | 1844415 | 18203 | SBCC | ~BOOK-GARY HAMMONDS | $0.00 | $55.00 | $0.00 | $0.00 |
| 20031024 10:01 | ML - Mail | 1865421 | | SBCC | ~EDWARD R HAMILTON REFUND | $0.50 | $0.00 | $0.00 | $0.00 |
| 20031024 22:30 | CN - Canteen | 1867212 | | SBCC | ~Canteen Date : 200310 | $0.00 | $16.51 | $0.00 | $0.00 |
| 20031031 22:30 | CN - Canteen | 1895373 | | SBCC | ~Canteen Date : 200310 | $0.00 | $7.15 | $0.00 | $0.00 |
| 20031107 16:25 | IS - Interest | 1925069 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20031107 22:30 | CN - Canteen | 1940521 | | SBCC | ~Canteen Date : 200311 | $0.00 | $1.23 | $0.00 | $0.00 |
| 20031114 22:30 | CN - Canteen | 1968613 | | SBCC | ~Canteen Date : 200311 | $0.00 | $0.64 | $0.00 | $0.00 |
| 20031117 10:26 | ML - Mail | 1970078 | | SBCC | ~CARMEN | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031117 11:11 | EX - External Disbursement | 1970258 | 18567 | SBCC | ~MAGAZINE ~BILL STEWART | $0.00 | $40.00 | $0.00 | $0.00 |
| 20031120 11:10 | IC - Transfer from Inmate to Club A/c | 1991459 | | SBCC | ~postage~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20031121 22:30 | CN - Canteen | 1998282 | | SBCC | ~Canteen Date : 200311 | $0.00 | $49.82 | $0.00 | $0.00 |
| 20031126 22:30 | CN - Canteen | 2015556 | | SBCC | ~Canteen Date : 200311 | $0.00 | $5.86 | $0.00 | $0.00 |
| 20031128 09:54 | ML - Mail | 2024064 | | SBCC | ~15 HANOVER ST | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031205 22:30 | CN - Canteen | 2053766 | | SBCC | ~Canteen Date : 200312 | $0.00 | $45.75 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040120 09:25

| | | | |
|---|---|---|---|
| Commit# : | T23946 | SOUZA-BARANOWSKI CORRECTIONAL | Page : 6 |
| Name : | LOPEZ, EDUARDO, , | Statement From 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To  20040120 | |
| Block : | K2 | | |
| Cell/Bed : | 17 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031209 13:38 | IS - Interest | 2061310 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20031212 22:30 | CN - Canteen | 2099152 | | SBCC | ~Canteen Date : 200312 | $0.00 | $4.67 | $0.00 | $0.00 |
| 20031217 10:05 | ML - Mail | 2110400 | | SBCC | ~MYRNA | $40.00 | $0.00 | $0.00 | $0.00 |
| 20031217 16:07 | CT - Transfer from Club to Inmate A/c | 2112450 | | SBCC | ~flag football championships~T23946 LOPEZ,EDUARDO PERSONAL~INMATE BENEFI - 2) | $5.00 | $0.00 | $0.00 | $0.00 |
| 20031219 10:17 | ML - Mail | 2128349 | | SBCC | ~CARMEN | $100.00 | $0.00 | $0.00 | $0.00 |
| 20031219 22:30 | CN - Canteen | 2131620 | | SBCC | ~Canteen Date : 200312 | $0.00 | $38.10 | $0.00 | $0.00 |
| 20031222 15:53 | EX - External Disbursement | 2137029 | 18977 | SBCC | ~SUB.~AADR'S BULL-A TO | $0.00 | $30.00 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2150138 | | SBCC | ~Canteen Date : 200312 | $0.00 | $23.27 | $0.00 | $0.00 |
| 20031229 11:39 | EX - External Disbursement | 2164848 | 19048 | SBCC | ~Catalog ~Newmans Leather & Nyl | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040102 10:52 | ML - Mail | 2186609 | | SBCC | ~UNKNOWN | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040102 11:19 | EX - External Disbursement | 2187038 | 19102 | SBCC | ~PERSONAL~A.D.B.A. | $0.00 | $25.00 | $0.00 | $0.00 |
| 20040102 22:30 | CN - Canteen | 2189151 | | SBCC | ~Canteen Date : 200401 | $0.00 | $16.19 | $0.00 | $0.00 |
| 20040109 22:30 | CN - Canteen | 2221376 | | SBCC | ~Canteen Date : 200401 | $0.00 | $22.36 | $0.00 | $0.00 |
| 20040112 15:33 | EX - External Disbursement | 2223936 | 19215 | SBCC | ~BOOK~JACK KELLY | $0.00 | $12.00 | $0.00 | $0.00 |
| 20040113 12:02 | IS - Interest | 2228874 | | SBCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040116 22:30 | CN - Canteen | 2265713 | | SBCC | ~Canteen Date : 200401 | $0.00 | $26.66 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $50.51 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $50.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |