

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL DIVISION

EDUARDO LOPEZ
      **Plaintiff**       :
                         :
                         :

**Vs**                         :      Civil Action No._____

MICHAEL T. MALONEY, EDWARD  :
FICCO, MARK W. REILLY.      :    Complaint
      **Defendants.**       :    Jury Trial Demanded

## VERIFIED CIVIL RIGHTS COMPLAINT WITH JURY DEMAND

I.                       INTRODUCTORY STATEMENT

        This is a § 1983 et seq, Civil Rights action filed by
Eduardo Lopez, a state prisoner (New Hampshire State Prison) whom
is currently within the Massachusetts Department of Correction in
the Souza-Baranowski Correctional Center, a Maximum Security
Prison in the Town of Shirley, Massachusetts [01464], seeking
declaratory judgment, injunctive relief and damages, against the
above-names defendants, alleging, inter allia, ongoing violations
of his constitutional rights pursuant to the First, Eighth and
Fourteenth Amendments to the U.S. Constitution, and Article One,
Two, Twelve and Twenty-Six to the Massachusetts Constitution/
Declaration of Rights, as well as other Massachusetts Code of
Regulations not mentioned within this introductory statement.

II.                    JURISDICTIONAL STATEMENT

        1. This Court has jurisdiction over the plaintiff's
claims of violations of his federal constitutional rights under

42 U.S.C.A. § 1983 et seq. and 28 U.S.C.A. § 1343, and this Court
has supplemental jurisdiction over the plaintiff's state law
claims pursuant to 28 U.S.C.A. § 1367, as the plaintiff also
invokes the pendent jurisdiction of this court.


III.                          PARTIES


        2. The Plaintiff, Eduardo Lopez, is a New Hampshire
State Prisoner, within the Massachusetts Department of Correc-
tion in the Souza-Baranowski Correctional Center, a Maximum
Security State Prison, in the Town of Shirley, Massachusetts
[01464], and at all times relevant to the hereinafter alleged
events, was so confined at Souza-Baranowski Correctional Center
[hereinafter "S.B.C.C."] within the jurisdiction of the Massa-
chusetts Department of Correction [hereinafter "Doc", located
at 50 Maple Street, Milford, Massachusetts 01757.


        3. The Defendant, Michael T. Maloney, is the Commis-
sioner of the Massachusetts "DOC", he is the DOC's Chief oper-
ating officer responsible for the overall facilities, employees,
policies, prisoners and etc. and he is a public emplyee whose
usual place of business is located at 50 Maple Street, Milford
Massachusetts [01757].


        4. The Defendant, Edward Ficco, is the Superintendent
of SBCC, he is its chief operating officer whose is responsible
for the overall facility, its employees, policies, prisoners and

etc. and he is a public employee whose usual place of business
is located at the: Post Office Box 8000, Shirley, Massachusetts
[01464].

5. The Defendant Mark W. Reilly, is the Chief of
Investigations/Intelligence of the Massachusetts [DOC] whos
place of business is located at the Massachusetts Department
of Correction's Headquarters at 50 Maple Street, Milford, Massa-
chusetts [01757].

IV                    STATEMENT OF THE FACTS

6. The following facts are introduced as material
facts relevant to this instant matter.

7. That, on and about January 18, 2002, Defendant
Mark W. Reilly, while under the color of law, sent Plaintiff a
"Notice of Identification as A Member of a Security Threat Group"
in which further notified the plaintiff that:

> ° "YOU WILL NOT BE CONSIDERED FOR A
>   TRANSFER TO AN INSTITUTION BELOW
>   SECURITY LEVEL 4 UNLESS RENOUNCE
>   MEMBERSHIP IN THE STG"
>
> ° "YOU ARE SUBJECT TO PLACEMENT AT
>   MCI-CEDAR JUNCTION IF IDENTIFIED
>   AS A LEADER OF A SECURITY THREAT
>   GROUP OR BECOME INVOLVED IN ANY
>   VIOLENT OR DISRUPTIVE INCIDENTS
>   RELATED TO SECURITY THREAT GROUP
>   ACTIVITIES."

> ° IF YOU ARE WILLING TO RENOUNCE
> MEMBERSHIP IN A SECURITY THREAT
> GROUP, CONTACT INNER PERIMETER
> SECURITY WHO WILL PROVIDE YOU
> WITH THE APPROPRIATE FORM WHICH
> YOU MUST COMPLETE, SIGN AND DATE

8. On and about January 28, 2002, Plaintiff sent a letter addressed to Defendant Reilly in which plaintiff stated among many things, the following:

> ° "...JUST AS AN INITIAL MATTER I
> WOULD LOKE TO TAKE THIS TIME TO
> TELL YOU THAT I AM NOT A GANG
> MEMBER, NOR, DO I KNOWINGLY
> ASSOCIATE WITH ANY GANG OR A
> GANG MEMBER."
>
> ° "AT THE REQUEST OF THE IPS I WAS
> ASKED TO SIGN A FORM INDICATING
> THAT I WOULD DENOUNCE MEMBER-
> SHIP OF SOME ALLEGED GANG GANG
> PARTICIPATION. PLEASE BE AWARE,
> THAT I FORMALLY AND CATEGORI-
> CALLY DENY MEMBERSHIP IN ANY
> GANG AND RESENT HAVING BEEN
> ACCUSED..."

9. The plaintiff states that despite the fact that the Defendants have no evidence, they continue to insist that he is a gang member dispite the facts that:

> ° PLAINTIFF HAS NEVER PARTICIPATED IN
> ANY GROUP ACTIVITIES SUCH AS RIOTS,
> GANG MEETINGS OR ANY OTHER ACTIVITY
> CONTRARY TO THE RULES OF ANY INSTI-
> TUTION
>
> ° PLAINTIFF HAVE NEVER BEEN GIVEN A
> DISCIPLINAY REPORT/TICKET RELEVANT
> TO BEING  A GANG MEMBER
>
> ° THERE ARE NO SUBSTANTIATED REPORTS,
> DOCUMENTS OR MEMORANDUMS THAT SHOW
> AND/OR REFLECT PLAINTIFF"S PARTI-
> CIPATION IN ANY GANG OR GANG RELA-
> TED ACTIVITIES

     ° THERE ARE NO SUBSTANTIATED PHYSICAL
       EVIDENCE TAKEN FROM HIM OR HIS
       QUARTERS THAT COULD BE CONSTRUED AS
       EVIDENCE OF SOME TYPE OF GANG OR
       GANG RELATED ACTIVITY AND/OR PART-
       ICIPATION

10. As of this present time the defendant have yet to furnish the plaintiff with any substantiate facts and evidence showing that the plaintiff is a gang member.

11. The record should reflect that the plaintiff is not from Massachusetts, but rather from a different State and has never been labled as such while in his home state.

V.                          CLAIMS FOR RELIEF

12. The defendants, jointly and individually, violated the plaintiff's rights, immunities and privileges, pursuant to 42 U.S.C.A. §§ 1983 et seq., as secured under amendments one, Four, Eighth and Fourteen to the united States Constitution, as they have refused to provide and have continued to refuse to provide the plaintiff with his right to associate and communicate with others without being punished for it, by being labeled as a gang member.

**PRAYERS FOR RELIEF**

**WHEREFORE,** The plaintiff prays this Honorable Court grant him the following relief:

13. Issue a declaratory judgment that the defendants, their employees, agents, as well as those who may be acting in concert with them, have violated the plaintiff's rights, immunities and privileges, pursuant to 42 U.S.C.A. §§ 1983 et seq. as secured under amendments One, Four and Fourteen of the United States Constitution, as they have refused to allow him to exercise his right to communicate and associate with others without being punished for it by being labeled as a gang member just for talking to someone.

### VERIFICATION DECLARATION

I, EDUARDO LOPEZ, HEREBY VERIFY ON OATH ACCORDING TO LAW, THAT THE FOLLOWING IS TRUTHFUL AND ACCURATE TO THE BEST OF MY PERSONAL KNOWLEDGE AND BELIEF AND OBSERVATIONS OF ALL FACTS, AVERMENTS AND EXHIBITS HEREIN SUBMITTED AS EVIDENCE AND AVER THAT I AM COMPETENT TO TESTIFY TO THE SAME IN OPEN COURT IF CALLED UPON TO DO SO UNDER OATH AND I HAVE NOT MADE OR OFFERED THIS VERIFIED CIVIL RIGHTS COMPLAINT WITH JURY DEMAND IN THIS SIGNED VERIFICATION DECLARATION UNDER THE PENALTIES OF PERJURY, ON THIS _19_ DAY OF _January_, 2005.

Eduardo Lopez
Souza-Baranowski Corr. Ctr.
Post Office Box 8000
Shirley, Massachusetts 01464

FILED
IN CLERK'S OFFICE

2004 JUN 27  A 10:56

U.S. DISTRICT COURT
DISTRICT OF MASS.

EXHIBITS

*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*50 Maple Street, Suite 3*

*Milford, Massachusetts 01757-3698*

*(508) 422-3300*

*www.magnet.state.ma.us/doc*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

January 18, 2002

**TO:**   Eduardo Lopez, T-23946

**FR:**   Mark W. Reilly,
Chief of Investigations/Intelligence

**RE:**   <u>Notice of Identification as A Member of A Security Threat Group</u>

You have been identified as a member of a Security Threat Group (Latin Disciples) and if you are validated as a member of a Security Threat Group (STG), the following conditions will apply:

1.   You will not be considered for a transfer to an institution below security level 4 unless you renounce membership in the STG.

2.   You are subject to placement at MCI-Cedar Junction if identified as a leader of a Security Threat Group or become involved in any violent or disruptive incidents related to Security Threat Group activities.

You are entitled to request a meeting with me (or my designee) to present information to dispute your identification as a member of a Security Threat Group. You have five days from receipt of this notice to fill out the attached meeting request form and submit to Inner Perimeter Security. A meeting will be arranged and I will consider any information you may present at that meeting in deciding whether to validate your identification as a member of a Security Threat Group.

If you are willing to renounce membership in a Security Threat Group, contact Inner Perimeter Security who will provide you with the appropriate form which you must complete, sign and date.

cc:   Inmate Record
Departmental Intelligence Unit



Eduardo Lopez
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, Ma 01464


Mark W. Reilly
Souza-Baranowski Corr. Ctr.
P.O. Box 8000
Shirley, Ma 01464

January 28, 2002

RE: Security Threat Group Stigma


Dear Mr. Reilly:

          I had recently been approached by members of the
Inner Perimeter Security ("IPS") personnel here at Souza-
Baranowski Correctional Center based upon you having deemed
me as a suspected gang member.  Just as an initial matter I
would like to take this time to tell you that I am not a
gang member, nor, do I knowingly associate with any gang or
a gang member.

          At the request of the IPS I was asked to sign a form
indicating that I would denounce membership of some alleged
gang participation.  Please be aware, that I formally and
categorically deny membership in any gang and resent having
been accused of such participation.  I have always been proud
of the fact that I have stayed away from that type of activity.
That type of activity has taken away so many opportunities for
the young people of this world.  Signing that document would
have indicated that I was in some type of gang at some time or
presently participate in a gang.  I will not sign any such
document, at any time.

          I was informed that a hearing regarding my alleged
Security Threat Group ("STG") classification would be held in
the near future.  I have the following requests.

REQUEST FOR EVIDENCE:

          Prior to any hearing regarding this accusation please
provide me with the following documents and/or information:

1.    Any and all reports, documents and memorandum that alleges
      my participation in gang or gang related activities.

2.    Any and all physical evidence taken from me or my quarters
      that could be construed as evidence of some type of gang or
      gang related activity and/or participation.

3.    Identify any and all sources of information with as much
      specificity as possible.



-2-

4.   If the hearings officer is to rely upon information provided by any staff member in whole or part, please identify said staff member and provide me all information said staff member has provided to this hearing and identify the source of his information.

5.   If the hearings officer is to rely upon information provided by any prisoner in whole or part, please identify all information provided and the source of his knowledge.

ADDITIONAL REQUEST:

        After my unequivocal denial of gang participation as outlined above does not end this matter before such classification hearing regarding this matter occurs, please allow the following requests:

1.   Allow me to have this hearing taped recorded at my expense if the institution does not already provide that service.   If it does already tape record all these hearings then please provide me a copy for my file.

2.   Allow me the option of having an attorney present during this hearing.

        I trust that this correspondence has addressed all of your concerns sufficiently.  Be advised that if this matter is used in any way against me or if I am deemed to be a gang member by this institution or any other I intend to bring suit against you and all other responsible persons.

        **I am not a gang member!**

                                        Very truly yours,

                                        Eduardo Lopez
                                        T-23946


cc: Edward Ficco,
    Superintendent

    :Mass. Corr. Legal Services

    :File

4/10/02

On February 14, 2002 the I.P.S did a block search on P-2 where all of the inmates that Live on that block are sent to either the gym or the Kitchen to wait while officer's Search our room's.

When the officers are done we are sent back to P-2. As I enter P-2 I.P.S officer Hooper pulled me aside and told me to wait. As I waited I found out that I was being sent to S.M.U (The Hole) for Homebrew. When I.P.S Hooper came back he cuffed me up and told me that a Container was found in my Cell that tested positive for alcohol.

I told I.P.S Hooper that there wasn't any alcohol in my Cell just a mountain dew bottle of Cranberry juice, he told me that it tested positive for alcohol. I told him that I wanted the mountain dew bottle at my hearing as evidence; he in turn tells me that he had already destroyed the evidence the minute he was done taken the Roche Alcohol on-Site Test Kit and after he had taken pictures of the test result.

I wrote to the hearings officer to bring the bottle of mountain dew to the hearing so that I may use it as evidence, just in case I.P.S Hooper was lying to me. When my hearing day came all I was showed was a picture of the test kit showing positive for alcohol. With no way to prove my innocence I plead guilty.

I believe I.P.S officer Luis Melendez had something to do with this because on January 18, 2002 he served me with a paper saying that I was a gang member. He also told me that he hated gangs and that it was his job to get rid of them in this prison. 26 Days Later I was Sent to S.M.U for Cranberry juice



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.magnet.state.ma.us/doc*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

May 10, 2002

TO:   Eduardo Lopez, T-23946

FR:   Mark W. Reilly,
       Chief of Investigations/Intelligence

RE:   **Membership in a Security Threat Group**


On April 11, 2002 a meeting was held to provide you with the opportunity to dispute your identification as a member of a Security Threat Group. After discussing this matter with you and considering the information you provided, you are advised that your identification as a member of a Security Threat Group is validated. You may appeal this decision to the Commissioner within five (5) days from receipt of this notice.


cc:   Inmate Record
       Departmental Intelligence Unit

**Law Offices of**
**Paul S. Moore**
23 Factory Street
Nashua, New Hampshire 03060-3479
(603) 881-7773
Fax: (603) 881-7775

Paul S. Moore, Esq.
paul@nhlaws.com

Ghazi D. Al-Marayati, Esq.
ghazi@nhlaws.com

Adam H. Bernstein, Esq.
adam@nhlaws.com

October 29, 2002

Eduardo Lopez, T-23946
Souza-Baranowski Correctional Center
Post Office Box 8000
Shirley, Massachusetts 01464
**ATTORNEY/CLIENT PRIVILEGE**

Dear Eduardo:

I received your letter dated September 17, 2002. Your mom hired me shortly thereafter to assist you in resolving your classification as a Latin Disciple in Massachusetts. I have been in contact with the New Hampshire State Prison over the last month, specifically, with Sergeant Hickman of the New Hampshire State Prison Gang Unit. Sergeant Hickman is in charge of all gang classification at the New Hampshire State Prison, and I inquired with him regarding whether or not New Hampshire did in fact classify you as a Latin Disciple and forward that information to the Massachusetts authorities. I spoke with Sergeant Hickman on October 25, 2002, and he spent a significant amount of time researching your file based on my questioning and learned that the New Hampshire authorities do not consider you to be classified as a Latin Disciple. Rather, Sergeant Hickman contacted the Department of Corrections in Massachusetts and spoke to them regarding your status as being affiliated with the Latin Disciples, and he learned that Massachusetts classified you as being affiliated with the Latin Disciples. Sergeant Hickman was not provided any information as to why Massachusetts classified you with the Latin Disciples. However, he did confirm that you have been approved to remain in the current facility that you are in. The Massachusetts' authorities have no intention whatsoever of transferring you to a new facility as long as you continue to remain of good behavior. I spoke to Sergeant Hickman regarding transferring back to New Hampshire, and he indicated that the mechanism in getting you transferred back to New Hampshire would require you to simply send a letter directed to the Classification Division at the New Hampshire State Prison in Concord, New Hampshire.

In summary, based on my conversations with Sergeant Hickman of the New Hampshire State Prison, you are not considered to be an active gang member or, for that matter, even associated with any gangs in the State of New Hampshire. Sergeant Hickman did forward that information to the Massachusetts authorities. I do not have any information as to why Massachusetts has

Eduardo Lopez, T-23946
October 29, 2002
Page -2-
**ATTORNEY/CLIENT PRIVILEGE**

classified you as a Latin Disciple but unfortunately, I am not licensed to practice law in
Massachusetts and would not be able to inquire regarding the Massachusetts classification.
Nevertheless, Sergeant Hickman did confirm with Massachusetts that you are approved to remain
in the facility that you are in and that there is no action to transfer you to a different facility.

If you have any questions, please feel free to give me a call at the above number, collect or send
me a letter.

Very truly yours,

Adam H. Bernstein

AHB/df

cc:     Carmen Aguirre

Eduardo Lopez (T-23946)
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464


Commissioner Maloney
Massachusetts Department of Corrections
50 Maple Street
Milford, MA
          01756

                                November 1, 2002


Re: Labeled as a Gang Member


Dear Mr. Maloney;

       Please find enclosed a letter that was sent to me
from a paid attorney to investigate my status as being labeled
as a gang member.

       As you can see sir, this letter proves that while
I was in the state of New Hampshire I was never labeled
as a gang member. Since I came down to this facility from
New Hampshire the IPS here,(not mentioning any names) had
told me that when I came to this state that my last place
of incarceration had told them that I was a gang member
and that they were going to send me to M.C.I. Walpole to
the gang block there.

       I hope sir that this letter satisfies you and that
this will be an end to this problem. Also sir, could I get
a copy of this in my six part folder for the record so this
will not happen again?

       In advance, thank you for your help in this matter.


                              Respectfully requested,

                              Eduardo Lopez,


cc/file
enclosures
el

*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*50 Maple Street, Suite 3*

Jane Swift
*Governor*

James P. Jajuga
*Secretary*

*Milford, Massachusetts 01757-3698*

*(508) 422-3300*

*www.magnet.state.ma.us/doc*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

November 26, 2002

Eduardo Lopez, T23946
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Lopez:

I am in receipt of your November 1, 2002 correspondence. Be advised that you were validated as a STG member in May 2002 and you had five days to appeal, which you did not do.

I have reviewed the information you provided, however, I am denying your appeal and your status will remain as is.

Sincerely,

Michael T. Maloney
Commissioner

Mr. Edward A Flynn Secretary
Executive Office of Public Safety
One Ashburton Place
Boston, Massachusetts
                                    02108

                    April 1st, 2003

Re:    Notice of Identification
       Security Threat Group

Dear Mr. Flynn:

        Please find enclosed
copies of all information
pertaining to the above
captioned matter.

        Pursuant to Massachusetts
General Laws Annotated Chapter
249 §1; and 258 §1 I am
filing this correspondence
to your office as my
Letter of Presentment, from
my being falsely identified.

                    page one

page two

security threat groups

as a member of a Security
Threat Group.

I have requested for any
and all said evidence; such
as reports, documents, inmate
or staff memorandums that
may have alleged actual
facts of my having participated
in or with gang related
activities ... No information
or evidence was provided
linking me to gang participation
my request was made to
this institution; Chief of
Investigations or Intelligence
Office Mr. Mark Reilly; [ see
enclosure ]

On May 10th 2002 after the
purported meeting held on
April 11th 2002. where I

— page two —

page three
security threat group

after discussing the matter
in person with Mr. Reilly, I
formally and categorically
deny membership, as well
as resented the fact that
I am being classified, and
accused of such participation
I had also refused to sign
a form indicating that I
was in some type of gang
activity... and chose to
renounce my gang participation
that I was being accused of
being in.

I, wrote to the Commissioner
of Corrections Michael Maloney
on November 1st 2002.

I received Mr. Maloney's, response
back on November 26th 2002 more
or less stating; that I had

page three

page four
security threat group

five days to appeal, [see
enclosures]. who in turn
also denied my appeal and
stated that my status will
remain as is.

I then contacted a lawyer
[see enclosure of attorneys response]
from New Hampshire to investi-
gate as to where or not I
was being, or had been classified
by the New Hampshire State Prison
because I was transfered here
under the New England Compact
Program from New Hampshire. and
as you will read Attorney Adam
Bernstein; spoke directly Bergeant
Hickman, of the New Hampshire
State Prison Gang Unit,. Who
contacted the Department of
Corrections here in Massachusetts
regarding my status, he learned

page four

page five)
security threat group.)

that it was the Massachusetts
authorities who classified me
as being affiliated in a gang.

I requested to Mr. Mark Reilly
to be taken off that status,
because I stay as far away
as I can from that type of
activity as I can. I am a
young spanish inmate, who keeps
to "myself".

With Mr. Reilly, placing me
under this status. I have
been denied job opportunities, and
fair classification reviews and
told that the classification
board has no intentions whats-
so-ever; of letting me transfer
to a new or lower prison
facility or to be classified
back to New Hampshire State

"page five "

Security threat group.

Prison.

Therefore I am contemplating in filing a lawsuit against the State, Commissioner of Corrections; and Mr. Mark Kelly, unless the false statements and accusations be removed from my file and institutional six part folder immediately and I be allowed to return back to New Hampshire.

Failure to resolve this matter through your office will, accordingly result in my filing of the aforementioned lawsuit.

Respectfully requested

/s/
Eduardo Lopez, Jr.
Souza Baranowski Corr. Center
Post Office Box #8000
Shirley, Massachusetts.
01464

Security Threat Group.

C.C.

Filed

Mr. Michael T. Maloney
Commissioner Of Corrections
Department Of Corrections
50 Maple Street - Suite 3
Milford, Massachusetts.

Mr. Mark Reilly
Souza Baranowski Corr. Center
Post Office Box # 8000
Shirley, Massachusetts. 01464

From: Eduardo Lopez    T-23946

To : Mr. Mark J. Reilly
Chief of Investigations / Intelligence
Souza Baranowski Correctional Center
Post Office Box #8000
Shirley, Massachusetts. 01464

Re: Freedom Of Information Act
Request

Date: April 14th, 2003


Dear Mr. Reilly:

This request is made pursuant
to 5 United States Code section
552 and in conjunction with
103 DOC 153.00 et Seq. CORI in
formation sub section 153.03.

I am requesting to inspect
and copy any and all information
you have that has identified
me as a gang member of
a Security Threat Group.

page one

page
each request

That you have validated, as
my being a member of

I am contemplating in
filing a lawsuit against the
State, Commissioner of Corrections,
and against you, unless the
false statements and accusations
are removed from my file
and institutional folder
immediately and I be
allowed to return back to
New Hampshire.

Respectfully Submitted

Eduardo Lopez T23946
Unit K-2 Cell # 29



*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*50 Maple Street, Suite 3*

*Milford, Massachusetts 01757-3698*

*(508) 422-3300*

*www.mass.gov/doc*

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

**Michael T. Maloney**
*Commissioner*

**Kathleen M. Dennehy**
*Deputy Commissioner*

May 20, 2003

Eduardo Lopez, T23946
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

Dear Mr. Lopez:

I am in receipt of your April 14, 2003 letter.

Please be advised that your request has been referred to the Department of Correction Legal Office.

Sincerely,

Mark W. Reilly, Chief
Office of Investigative Services

cc:    Nancy White, General Counsel
       Legal Division

PRINTED ON RECYCLED PAPER





*The Commonwealth of Massachusetts*

*Executive Office of Public Safety*

*Department of Correction*

*Legal Division*

*70 Franklin Street, Suite 600*

*Boston, MA 02110-1300*

*(617) 727-3300 Ext. 124*

*www.mass.gov/doc*

Milt Romney
*Governor*

Kerry Healey
*Lieutenant Governor*

Edward A. Flynn
*Secretary*

Michael T. Maloney
*Commissioner*

Kathleen M. Dennehy
*Deputy Commissioner*

Nancy Ankers White
*General Counsel*

May 23, 2003

Eduardo Lopez, T23946
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464

     RE:    Your request for STG materials.

Dear Mr. Lopez:

     Your correspondence to Mark Reilly, Chief, Office of Investigative Services, has been forwarded to me for review and response. In your correspondence, you request all information in Chief Reilly's possession identifying you as a member of a Security Threat Group. Please be advised that this information is not public record and is not subject to your review; accordingly, your request is denied. You may, however, review most records contained in your institutional six-part folder. Please contact your CPO to arrange an opportunity to review this folder.

     Please further be advised that you have been transferred to Massachusetts Department of Correction from New Hampshire. Accordingly, Massachusetts DOC is not in a position to "allow" you to return to New Hampshire. Finally, your identification as an STG member does not prohibit you from being transferred out of a Level 6/maximum security institution within the Massachusetts DOC system.

                                      Sincerely,

                                       Julie E. Daniele
                                       Counsel

cc:    Mark Reilly, Chief



# The Commonwealth of Massachusetts
# Executive Office of Public Safety

One Ashburton Place
Boston, Massachusetts 02108
Tel: (617) 727-7775
TTY Tel: (617) 727-6618
Fax: (617) 727-4764
www.mass.gov/eops

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

April 29, 2003

Eduardo Lopez, Jr.
S.B.C.C.
PO Box 8000
Shirley, MA 01464

Dear Mr. Lopez:

I am writing in regard to your correspondence, dated April 1, 2003, in which you sought to provide the Executive Office of Public Safety with notice of a G.L. c. 258 claim. In your letter you stated that the Department of Correction has improperly classified you as a member of a security threat group.

We have determined that an alleged improper classification does come under the purview of G.L. c.258. Therefore, on behalf of the Secretary of Public Safety, your claim is denied. Thank you for your attention to this matter.

Sincerely,

Anne Marie Ferreira

Anne Marie Ferreira
Staff Attorney

PRINTED ON RECYCLED PAPER