UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDUARDO LOPEZ,
              Plaintiff,

      v.                             Civil Action No. 04-10208-JLT

MICHAEL T. MALONEY, et al.,
              Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

    No ☒     Yes ☐     as to defendant(s)
    _____
    _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

    No ☒     Yes ☐     as to defendant(s)
    _____
    _____

3. Section 1997e(g)(2) provides that:

    "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

    42 U.S.C. § 1997e(g)(2).

    Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

a. Yes ☐   The Court has so determined and found as to defendant(s):
   _____
   _____

b. No ☐   because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

   ☐ all defendants   ☐ the defendant(s)
   _____
   _____

c. No ☐   because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

   ☐ all defendants   ☐ the defendant(s)
   _____
   _____

d. Cannot say

   ☒   It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

   ☒ all defendants   ☐ the defendant(s)
   _____
   _____

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

   No ☐        Yes ☒        ☒ as to all defendants
                            ☐ only as to defendant(s)
                            _____

2.     The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?

        No ☒    Yes ☐    ☐ as to all defendants

        ☐ only as to defendant(s) _____

3.   a.  Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

        No ☐    Yes ☐    ☐ as to all defendants

        ☐ only as to defendant(s) _____

OR

  b.  If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

        No ☐    Yes ☒    ☒ as to all defendants

        ☐ only as to defendant(s)

9/9/04  
DATE

/s/ Joseph L. Tauro  
JOSEPH L. TAURO  
UNITED STATES DISTRICT JUDGE