SCANNED
DATE: 12/17/04
BY: M.P.

Dear Clerk of Court,

12-14-04

FILED IN CLERK'S OFFICE

Case Number: C.A. No. 04-10208-JLT50

U.S. DISTRICT COURT DISTRICT OF MASS

My Name is Eduardo Lopez and would like to know if you could so kindly send me 3 form's of U.S.M-285.

The S.B.C.C Institution took out the carbon paper that came with the form's. Stopping me from properly filling out the form's, so they could be sent in to the US Marshals department to be served to the defendants in a timely matter.

This is my second letter to this office, I hope that you'll be able to forward me 3 new form's soon.

Thank you for your time.

Eduardo Lopez T-23946
S.B.C.C
P.O. Box 8000
Shirley, Ma 01464

Sincerely,
Eduardo Lopez