UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10208-JLT

| | |
|---|---|
| EDUARDO LOPEZ, *Pro Se*, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL MALONEY, EDWARD FICCO, | ) |
| and MARK REILLY, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Now come defendants, in the above-entitled action, and hereby move this Honorable Court to dismiss the Complaint against them for failure to state a claim for which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).  The grounds for defendants' motion are set forth in their memorandum of law filed herewith.

WHEREFORE, defendants respectfully request this Honorable Court ALLOW defendants' Motion to Dismiss.

Respectfully Submitted,

NANCY A. WHITE
Special Assistant Attorney General

Dated:January 28, 2005                    /s/ Julie E. Daniele
                                          Julie E. Daniele
                                          BBO#600093
                                          Legal Division
                                          Department of Correction
                                          70 Franklin Street, Suite 600
                                          Boston, MA 02110-1300
                                          (617) 727-3300, ext. 115

CERTIFICATION OF SERVICE

I, Julie E. Daniele, Counsel, hereby certify that a true and accurate copy of the foregoing was sent, this date, to plaintiff, Eduardo Lopez, pro se, via first class mail.

January 28, 2005                          /s/  Julie E. Daniele