United States Courthouse
District Of Massachusetts
1 Courthouse Way, Suite 500
Boston, Massachusetts. 02210

FILED
IN CLERKS OFFICE
2005 FEB 16 P 3:13
U.S. DISTRICT COURT
DISTRICT OF MASS



February 8th 2005

Re: Eduardo Lopez, Plaintiff
       -v/s-
     Michael T. Maloney, Defendant ET AL
Case Number C.A. NO 04-10208-JLT

Attn. Clerk Of Courts

Please take notice that my place of confinement and address has Changed

My new address is:

Old Colony Correctional Center
1 Administration Road
Bridgewater, Massachusetts. 02324

page two

Would you kindly accept this information for your file and forward any and all responses of this action to my new address and place of confinement.

Thank you

&

Respectfully Submitted

Eduardo Lopez T-23446
in propria persona
Old Colony Correctional Center
1 Administration Road
Bridgewater, Massachusetts.
02324