UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDUARDO LOPEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10208-JLT |
| | * | |
| MICHAEL MALONEY, EDWARD FICCO, and MARK REILLY | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

March 24, 2005

TAURO, J.

This court hereby orders that:

1. Deputy Clerk Zita Lovett will send a copy of Defendants' Motion to Dismiss [#10], and a copy of this order, to Plaintiff at his new address: T-23946, Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA 02324; and

2. Plaintiff may respond to Defendants' Motion to Dismiss [#10] by April 15, 2005.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge