UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDUARDO LOPEZ, Pro Se ]
    PLAINTIFF ]
     ]
     ]
v. ] CIVIL ACTION
     ] NO. 04-CV-10208-JLT
MICHAEL MALONEY, EDWARD FICCO, ]
and MARK REILLY ]
    DEFENDANTS ]
     ]

PLAINTIFF MOTION FOR AN
ORDER OF VOLUNTARY
DISMISSAL PURSUANT TO RULE 41 (a)(1)

    Now comes the Plaintiff in the above-entitled matter respectfully request this Honorable Court for a order of a voluntary dismissal without prejudice pursuant to F.R.C.P. 41(a)(1).

    In support of this motion the Plaintiff states that although he is not a member of any gang nor have any affiliation with any gang or treat group, the defendant in their motion to dismiss stated that "...[i]t is further important to not that this restriction on inmates who are identified as STG members is no longer in place. Specifically, inmates who are identified as STG members may be classified to any security level. STG membership in and of itself no longer has any effect upon inmate placement within the DOC..."

    WHEREFORE, the Plaintiff prays that this Honorable Court allowed this motion and order a voluntary dismissal without

-2-

prejudice pursuant to Rule 41(a)(1).


Dated:   June 13, 2005                    Respectfully submitted


                                          Eduardo Loez, Pro se
                                          OCCC
                                          One Administration Road
                                          Bridgewater   MA 02324


                    CERTIFICATE OF SERVICE

I, Eduardo Lopez, Pro se, states under the pains and penalties
of perjury that I have served a true copy of Plaintiff's motion
for an order of voluntary dismissal on this  13th  day of June
2005 by first class mail postage prepaid to:

                    Julie E. Daniele
                    BBO # 600093
                    Legal Division
                    Department of Correction
                    70 Franklin Street, Suite 600
                    Boston,  MA  02110-1300


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY
OF JUNE 2005

                                          _____
                                          Eduardo Lopez