UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDUARDO LOPEZ, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10208-JLT |
| | * | |
| MICHAEL MALONEY, EDWARD FICCO, and MARK REILLY | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

July 20, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff's Motion to Enlarge Time for Filing an Answer in Opposition to Defendants' Motion to Dismiss [#14] is ALLOWED;

2. Plaintiff's Motion for an Order of Voluntary Dismissal Pursuant to Rule 41(a)(1) [#15] is ALLOWED as without opposition;

3. Defendants' Motion to Dismiss [#10] is DENIED AS MOOT;

4. The Complaint is DISMISSED WITHOUT PREJUDICE; and

5. This case is closed.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge